UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JOHN MICHAEL JACKSON,<br><br>Plaintiff. | Case No. 24-cv-01669-PJH<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 1 |

    This case was opened when plaintiff, a Mississippi state prisoner proceeding pro se, wrote a letter to the court regarding obtaining his economic impact payment pursuant to the Coronavirus Aid, Relief, and Economic Security Act.  In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so.  Twenty-eight days has passed and plaintiff has not submitted any filing or otherwise communicated with the court.  This case is therefore **DISMISSED** without prejudice and the pending motion (Docket No. 1) is dismissed as moot.  No fee is due.

    **IT IS SO ORDERED.**

Dated: May 22, 2024

                                                                          */s/ Phyllis J. Hamilton*
                                                                        PHYLLIS J. HAMILTON
                                                                        United States District Judge